RECEIVED
APR 0 9 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:25-cr-023 |
| v. | INDICTMENT |
| JEROME J. SMITH, also known as Romeo, | T. 18 U.S.C. § 922(g)(1) |
| | T. 18 U.S.C. § 924(a)(8) |
| | T. 18 U.S.C. § 924(c)(1)(A)(i) |
| Defendant. | T. 18 U.S.C. § 924(d) |
| | T. 21 U.S.C. § 841(a)(1) |
| | T. 21 U.S.C. § 841(b)(1)(C) |
| | T. 21 U.S.C. § 853 |
| | T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Distribution of a Controlled Substance Resulting in Death)**

On or about October 2, 2024, in the Southern District of Iowa, the defendant, JEROME J. SMITH, also known as Romeo, knowingly and intentionally distributed a controlled substance, namely: a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and death and serious bodily injury resulted from the use of said substance to Victim #1 and Victim #2, and serious bodily injury resulted from the use of said substance to Victim #3.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about October 3, 2024, in the Southern District of Iowa, the defendant, JEROME J. SMITH, also known as Romeo, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Carrying a Firearm During and In Relation To a Drug Trafficking Crime)**

On or about October 3, 2024, in the Southern District of Iowa, the defendant, JEROME J. SMITH, also known as Romeo, knowingly carried a firearm, namely: a loaded Ruger P95, 9 x 19-millimeter caliber pistol, with serial number 316-39093, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Controlled Substance, as charged in Count 2 of this Indictment.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## THE GRAND JURY FURTHER CHARGES:

## COUNT 4
### (Felon in Possession of a Firearm)

On or about October 3, 2024, in the Southern District of Iowa, the defendant, JEROME J. SMITH, also known as Romeo, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Ruger P95, 9 x 19-millimeter caliber pistol, with serial number 316-39093. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

That upon conviction of the offenses set forth in Counts 1 and/or 2 of this Indictment, the defendant, JEROME J. SMITH, also known as Romeo, shall forfeit, to the United States, the following:

A. **Proceeds.** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **Facilitation.** Any property used and intended to be used in any manner, or part, to commit or facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to: approximately $1,850 in U.S. Currency seized from defendant on October 3, 2024; and a loaded Ruger P95, 9 x 19-millimeter caliber pistol, with serial number 316-39093, seized from defendant on October 3, 2024.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

THE GRAND JURY FURTHER FINDS:

NOTICE OF FORFEITURE

Upon conviction for the offenses alleged in Counts 3 and/or 4 of this Indictment, the defendant, JEROME J. SMITH, also known as Romeo, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearm identified in Counts 3 and 4 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
/FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Matthew A. Stone
Kaitlyn R. Macaulay
Assistant United States Attorneys